UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPAGNE EDITION INC, | No. C 07-06061 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| COMFORTSTALL STABLE SUPPLY, | |
| Defendant(s). | |

The case management conference in this matter currently set for March 17, 2008, is hereby accelerated to **January 28, 2008, at 4:00 p.m.** No Joint Case Management Statement will be due at this time.

Richard W. Wieking
Clerk, U.S. District Court

Dated: December 6, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California