Ross B. Jones, Esq., SBN 120593
MERRILL, ARNONE & JONES, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile:  (707) 528-6015

Attorneys for Defendant
COMFORTSTALL STABLE SUPPLY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAMPAGNE EDITION, INC., a Foreign Canadian corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMFORTSTALL STABLE SUPPLY COMPANY, INC., a California corporation, and DOES 1 to 50, inclusive<br><br>    Defendants.<br>_____/ | CASE NO. CV-07 6061 **MHP**<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons have a financial interest in a party to the proceeding, namely, COMFORTSTALL STABLE SUPPLY COMPANY, INC., which is a defendant in this action:

   JOY KOCH, Stockholder

Dated: January 17, 2008                         MERRILL, ARNONE & JONES, LLP


                                                By:  /s/
                                                     ROSS B. JONES
                                                  Attorneys for Defendants
                                                  Comfortstall Stable Supply
                                                  Company, Inc.

1

**DEFENDANTS' CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS**