**CIVIL MINUTES**

**Judge MARILYN HALL PATEL**

Date: **January 28, 2008**

**C - 07    - 6061  - MHP**

| **Champagne Edition, Inc.** | v | **Comfortstall Stable Supply Company** |

Attorneys:   Elizabeth MacDonald                    Ross Jones
             (Specially for Glenn Davis)

Deputy Clerk: **TRACY LUCERO**           Reporter:   **JAMES YEOMANS**

**PROCEEDINGS:**                                                **RULING:**

1. _____

2. _____

3. _____

   ( ) Status Conference    ( ) P/T Conference    (X) Case Management Conference

**ORDERED AFTER HEARING:**

** Joint Case Management Conference Statement due by 5/13/08. Plaintiff to initiate the conference call.

3/17/08 Case Management Conference is hereby VACATED. No depositions, parties to exchange documents. Interrogatories not to exceed 10.

( ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_____

(X) Referred to ADR DEPT For: Mediation - to be completed within 90 days
        (X) By Court
(X) CASE CONTINUED TO  5/20/08 at 3:00 p.m.   for  Further Case Management Conference
                                                   (BY PHONE) **

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                        Type of Trial:  ( ) Jury    ( ) Court
Notes: _____