ORIGINAL

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| **JEFFREY M. GALEN, ESQ. 134705**<br>**GALEN & DAVIS**<br>**16255 VENTURA BLVD., SUITE 900**<br>**ENCINO, CA**<br>TELEPHONE NO.:          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  CHAMPAGNE EDITION, INC., A FOREIGN CANADIAN CORPORATION | **FILED**<br>08 JAN 30 PH 1: 11<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 450 Golden Gate Ave |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94102-3843 |
| BRANCH NAME: San Francisco Branch |

| PLAINTIFF/PETITIONER: CHAMPAGNE EDITION, INC., A FOREIGN CANADIAN CORPORATION | CASE NUMBER:<br>**CV-07-6061** *MHP* |
|---|---|
| DEFENDANT/RESPONDENT: COMFORTSTALL STABLE SUPPLY COMPANY, INC., A CALIFORNIA CORPORATION | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or file No.:<br>**CHAM 101** |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    **SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

3.  a.  Party served *(specify name of party as shown on documents served):*

    **COMFORTSTALL STABLE SUPPLY COMPANY, INC., A CALIFORNIA CORPORATION**

    b.  ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

    **ROSS B. JONES**
    **Registered Agent**

4.  Address where the party was served:  **3388 REGIONAL PKWY SUITE A SANTA ROSA, CA 95403**

5.  I served the party *(check proper box)*

    a.  ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*          (2) at *(time):*

    b.  ☒  **by substituted service.** On *(date):* **Dec 28 2007**  at *(time):* **4:35:00 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
    **KATY "DOE" (REFUSED TO GIVE LAST NAME)  PERSON IN CHARGE, A white female approx. 45-55 years of age 5'4"-5'6" in height weighing 160-180 lbs with blonde hair**

    (1)  ☒  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

    (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

    (3)  ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4)  ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☒ a declaration of mailing is attached.

    (5)  ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>Order No. 4985536 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: **CHAMPAGNE EDITION, INC., A FOREIGN CANADIAN CORPORATION** | CASE NUMBER: **CV-07-6061** |
| DEFENDANT/RESPONDENT: **COMFORTSTALL STABLE SUPPLY COMPANY, INC., A CALIFORNIA CORPORATION** | |

c. ☐ **by mail and acknowledgement of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **COMFORTSTALL STABLE SUPPLY COMPANY, INC., A CALIFORNIA CORPORATION**
    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                              ☐ other:

7. **Person who served papers**
  a. Name:                  **M. P. BUSKIRK**
  b. Address:             **509 Orchard St. #C, Santa Rosa, CA 95404**
  c. Telephone number:     **707-528-8663**
  d. The fee for service was:  **$ 80.00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner  ☐ employee  ☒ independent contractor.
      (ii) Registration No.: *P-365*
      (iii) County: *Sonoma*

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: **Jan 29 2008**

    **M. P. BUSKIRK**            ▸ *M. P. Buskirk*
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| **JEFFREY M. GALEN, ESQ. 134705**<br>**GALEN & DAVIS**<br>**16255 VENTURA BLVD., SUITE 900**<br>**ENCINO, CA** | | |
| TELEPHONE NO.: | | |
| E-MAIL ADDRESS *(Optional)*: | FAX NO. *(Optional)*: | |
| ATTORNEY FOR *(Name)*:  CHAMPAGNE EDITION, INC., A FOREIGN CANADIAN CORPORATION | | |

| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 450 GOLDEN GATE AVE. |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-3843 |
| BRANCH NAME: SAN FRANCISCO BRANCH |

| PLAINTIFF/PETITIONER: | **CHAMPAGNE EDITION, INC., A FOREIGN CANADIAN CORPORATION** | CASE NUMBER:<br><br>**CV-07-6061** |
|---|---|---|
| DEFENDANT/RESPONDENT: | **COMFORTSTALL STABLE SUPPLY COMPANY, INC., A CALIFORNIA CORPORATION** | |
| **DECLARATION OF MAILING** | | REF. NO.:<br><br>**CHAM 101** |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 261 S. Figueroa St. Suite 280 Los Angeles, CA 90012.

That on **12/31/2007** , after substituted service was made, I mailed the following documents:
**SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles , CA** .

That I addressed the envelope as follows:

> **ROSS B. JONES as Registered Agent for COMFORTSTALL STABLE SUPPLY COMPANY, INC., A**
> **CALIFORNIA CORPORATION**
> **3388 REGIONAL PKWY**
> **SUITE A**
> **SANTA ROSA CA 95403**

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration: **Jan 29 2008** , at Los Angeles , CA.

Declarant: Scott Weymouth

---

**DECLARATION OF MAILING**

Order No. 4985536 VNY