# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA                )
                                   )
COUNTY OF LOS ANGELES              )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16255 Ventura Boulevard, Suite 900, Encino, California 91436.

    This Document was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and by U.S. Mail. Parties may access this filing through the Court's system.

    On March 18, 2008, I served the foregoing document described as **PLAINTIFF CHAMPAGNE EDITION, INC'S SPECIAL INTERROGATORIES TO DEFENDANT COMFORTSTALL STABLE SUPPLY COMPANY, INC.** by depositing a true copy thereof enclosed in a sealed envelope as follows:

Ross B. Jones, Esq,<br>
Merrill, Arnone & Jones, LLP<br>
3554 Round Barn Boulevard, Suite 303<br>
Santa Rosa, CA 95403

( )    (VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

(X)    (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

( )    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

( )    (HAND DELIVERED) I caused such envelope(s) to be hand delivered, addressed to the person(s) on who it is to be served.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 18, 2008, at Encino, California.

Sheri Young                                                               *[signature]*<br>
Print Name                                                                Signature