United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## Northern District of California

Champagne Edition, Inc.,

        Plaintiff(s),

v.

Comfortstall Stable Supply Company,

        Defendant(s).

No. C 07-06061 MHP MED

**Certification of ADR Session**

**_Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file._**

1.    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _April 21, 2008_

2.    Did the case settle?    ☐ fully    ☐ partially    ☒ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☒ phone discussions expected by (date) _ongoing_

    ☐ no

4.    **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: _May 9, 2008_    _Patricia Prince_

**Mediator, Patricia Prince**
Prince Law & Mediation
775 E. Blithdale Ave., #130
Mill Valley, CA 94941

**Certification of ADR Session**
07-06061 MHP MED