**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 20, 2008

Case No.   C 07-6061  MHP			Judge: MARILYN H. PATEL

Title: CHAMPAGNE EDITION INC -v- COMFORTSTALL STABLE SUPPLY COMPANY

Attorneys:  Plf: Glen Davis
            Dft: Ross Jones

Deputy Clerk:  Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Telephonic Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Further mediation to be completed within the next 45 to 60 days; Stipulated protective order to be submitted;

Jury Trial set for 1/13/2009 at 8:30 am;
Pretrial Conference set for 1/7/2009 at 2:30 pm;
All pretrial submissions to be filed ten days prior to the conference;

Close of Expert Discovery: 12/15/2008;
Expert Witness Disclosure: 11/15/2008;
Close of Discovery (case-in-chief): 11/15/2008;
Disclosure of Non-expert witnesses: 10/15/2008

Further Status Conference set for 8/11/2008 at 3:00 pm, with joint supplemental status report to be filed one week prior to the conference; No further telephonic appearances; Discovery instructions issued;

Counsel to submit in writing intent to proceed with District or Magistrate Judge by 6/3/2008.