# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Champagne Edition, Inc. | No. C 07-06061 MHP MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Comfortstall Stable Supply Company, Inc. | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Further Mediation on <u>July 8, 2008</u>

2. Did the case settle?   yes

3. If the case did not settle fully, is any follow-up contemplated?
   another session scheduled for
   phone discussions expected by
   no

4. IS THIS ADR PROCESS COMPLETED?   yes

Dated: 7/14/2008

_____
Mediator, Patricia Prince
Prince Law & Mediation
775 E. Blithdale Ave., #130
Mill Valley, CA 94941

Certification of ADR Session
07-06061 MHP MED