Ross B. Jones, SBN: 120593
MERRILL, ARNONE & JONES, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile:  (707) 528-6015

Attorneys for Defendant/Counterclaimant
COMFORTSTALL STABLE SUPPLY COMPANY, INC.

Jeffrey M. Galen, SBN:134705
Glenn D. Davis, Esq.
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 900
Encino, CA 91436
Telephone: (818) 986-5685
Facsimile: (818) 986-1859

Attorneys for Plaintiff/Counter Defendant
CHAMPAGNE EDITION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPAGNE EDITION, INC., a Foreign Canadian Corporation<br><br>      Plaintiff,<br><br>  vs.<br><br>COMFORTSTALL STABLE SUPPLY COMPANY, INC., a California Corporation<br><br>      Defendant.<br>_____/<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | CASE NO. CV 07-6061 MHP ECF<br><br>**PLAINTIFF AND DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:     08/11/08<br>Time:    3:00 p.m.<br>Courtroom:  15 |

1

PLAINTIFF AND DEFENDANTS' JOINT CASE MANAGEMENT STATEMENT     Case CV 07-6061 MHP ECF

Pursuant to this Court's Local Rules, Plaintiff/Counter Defendant and Defendant/Counterclaimant submit this Case Management Statement for the consideration of this Honorable Court.

## I.   SETTLEMENT AND DISMISSAL

This case settled at mediation on July 8, 2008.  The parties are in the process of finalizing the written settlement agreement and anticipate filing a Stipulation and Proposed Order re: Dismissal on or before August 22, 2008.  Accordingly, we request the Case Management Conference scheduled for August 11, 2008 be taken off-calendar.

Dated:  August 4, 2008                                   MERRILL, ARNONE & JONES, LLP

                                                    /s/ ROSS B. JONES
                                                  Attorneys for Defendant/Counterclaimant

Dated:  August 4, 2008                                   GALEN & DAVIS, LLP

                                                  /s/JEFFREY M. GALEN
                                                  Attorneys for Plaintiff/Counter Defendant